DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEEVENSON JOLICOEUR** and **VANESSA DESHOMMES,** as Co-Personal Representatives of the **ESTATE OF DAHUD JOLICOEUR,**
Appellant,

v.

**TAVARIS ALEXANDER** and **ADVANTAGE AIR CONDITIONING OF THE TREASURE COAST, INC.,**
Appellees.

No. 4D2024-3064

[May 7, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Jr., Judge; L.T. Case No. 502023CA001024XXXXMB.

Annabel Castle Majewski of Wasson & Associates, Chartered, Miami, for appellant.

Carri S. Leininger of Williams, Leininger & Cosby, P.A., Jupiter, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***